**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

HERB REED ENTERPRISES, LLC

                   Plaintiff,

    v.                                     CASE NO.: 3:17-CV-1278-TJC-PDB

MYLES SAVAGE, NEW WAVE SWING, LLC
and STARS INTERNATIONAL USA, INC.,

                   Defendants

## NOTICE OF SETTLEMENT

COME NOW, Defendants, Myles Savage, New Wave Swing, LLC., and Stars International USA, Inc., by and through undersigned counsel, and notify the Court that they have reached an amicable resolution of this matter with Plaintiff, Herb Reed Enterprises, LLC. The parties are finalizing the settlement and anticipate filing a stipulation of dismissal in the coming weeks.

Dated: December 21, 2017

                           **SMITH, GAMBRELL & RUSSELL, LLP**

                    By:___*/s/Richard D. Rivera*_____
                         James R. McCachren
                         Florida Bar No.:  0986585
                         Richard Rivera, Esq.
                         Florida Bar No.:  108251
                         Smith, Gambrell & Russell, LLP
                         50 N. Laura Street, Suite 2600
                         Jacksonville, FL 32202
                         Telephone:  (904) 598-6109
                         Facsimile:  (904) 598-6209
                         jmccachren@sgrlaw.com
                         rrivera@sgrlaw.com
                         apelegrin@sgrlaw.com
                         cwilliams@sgrlaw.com

aarrazola@sgrlaw.com

and

Elizabeth G. Borland
Smith, Gambrell & Russell, LLP
Georgia Bar No. 460313
egborland@sgrlaw.com
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
(404) 815-3500
Fax: (404) 815-3509
Admitted *Pro Vac Vice*

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2017, I electronically filed the foregoing with the Clerk of

the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Xavier T. Saunders, Esq.
Law Office of Xavier T. Saunders, P.A.
330 E. 1st Street
Jacksonville, Florida 32206
Email: xsaunders@xavierlaw.com
*Attorney for Plaintiffs*

Eric M. Sommers, Esq.
Sommers Law, PLLC
11 Depot Street
Suite 2
Concord, NH 03801
Email: eric@sommerslaw.com
*Pro Hac Vice Pending*

*/s/ Richard D. Rivera*
Attorney