**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

HERB REED ENTERPRISES,
LLC,

     Plaintiff,

v.

                                 Case No. 3:17-cv-1278-J-32PDB

MYLES SAVAGE, NEW WAVE
SWING, LLC, and STARS
INTERNATIONAL USA, INC.,

     Defendants.

---

## O R D E R

Upon review of Joint Motion for Entry of Final Judgment of Permanent Injunction and for Dismissal of Remaining Claims (Doc. 34), filed on March 6, 2018, Counts II through VII are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

As to Count I, the Court retains jurisdiction to enforce the Order for Stipulated Permanent Injunction (Doc. 28). The Clerk shall enter judgment for Count I in favor of Herb Reed Enterprises, LLC and against Myles Savage, New Wave Swing, LLC, and Stars International USA, INC., and then close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of March, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record